Club of America " and that plaintiff, a member of said club, was insured thereunder for one year from November 1, 1922, against bodily injuries. Plaintiff was injured May 25, 1923. The defense was that defendant had on February 17, 1923, notified the " Travel Club " that plaintiff's certificate with others had been canceled for non-payment of the premiums.

*George F. Hickey, Henry L. Ughetta* and *William Butler* for appellant.

*Harris Jay Griston* and *Charles Braunhut* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ELFRIDA MELLISH, Appellant, *v.* ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent.

*Assault — railroads — passenger — action for alleged assault in removing passenger from train for failure to pay fare of child who accompanied her.*

*Mellish* v. *Atchison, Topeka & Santa Fe Ry. Co.*, 215 App. Div. 767, affirmed.

(Argued December 13, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1925, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover for an alleged assault perpetrated by defendant's employees while ejecting plaintiff from one of defendant's trains. The defense was that plaintiff was lawfully ejected for failure to pay the fare of a child over five years of age who accompanied her.

*Michael Potter* and *Edward Potter* for appellant.

*Homer W. Davis* and *A. S. H. Bristow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: CRANE and O'BRIEN, JJ.